**Andre Kevin ROSEMOND,
Plaintiff–Appellant,**

v.

**David BRUCK; Robert Lominack;
Donald Morgan; Lawrence Cantey, Defendants–Appellees.**

No. 02–7008.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

Andre Kevin Rosemond, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Andre Kevin Rosemond appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rosemond v. Bruck*, No. CA–01–4332–0–23–BD (D.S.C. June 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*